# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00347-WYD-STV

PAUL M. GEORGOPULOS,

    Plaintiff,

v.

PPM CAPITAL, INC.,

    Defendant.

_____

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
_____

**To the Clerk of the U.S. District Court for the District of Colorado**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Paul M. Georgopulos, requests that the Clerk enter the default of Defendant, PPM Capital, Inc., for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of Marwan R. Daher, Esq. attached hereto.

Dated: May 31, 2019                        Respectfully submitted,

                                                s/ Marwan R. Daher
                                                Marwan R. Daher, Esq. # 6325465
                                                *Counsel for Plaintiff*
                                                Sulaiman Law Group, Ltd.
                                                2500 South Highland Avenue, Suite 200
                                                Lombard, Illinois 60148
                                                (630) 568-8181 (phone)
                                                (630) 575-8188 (fax)
                                                mdaher@sulaimanlaw.com

# CERTIFICATE OF SERVICE

      The undersigned, one of the attorneys for Plaintiff, certifies that on May 31, 2019, he caused a copy of the foregoing PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT, to be served by U.S. Certified mail, postage prepaid to:

                    PPM Capital, Inc.
                    Eugene J. Paladino
                    31 Shepard Avenue
                    Kenmore, New York 14217

                    Respectfully submitted,

                    s/ Marwan R. Daher
                    Marwan R. Daher, Esq. # 6325465