**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00347-WYD-STV

PAUL M. GEORGOPULOS,

    Plaintiff,

v.

PPM CAPITAL, INC.,

    Defendant.

## DECLARATION OF MARWAN R. DAHER

    I, Marwan R. Daher, declare that I am an attorney at the law firm Sulaiman Law Group, Ltd., counsel for Paul M. Georgopulos in this case. I am familiar with the facts set forth in this declaration by my own knowledge and if called upon I could and would testify as to the following:

1. I am over the age of 21, under no legal disability, and I have personal knowledge of the facts set forth in this Declaration. If called as a witness I could and would testify to the following:

2. I am one of the attorneys for the Plaintiff in this case.

3. I have been admitted to the practice of law since 2017.

4. I am a member of good standing of the following Courts:

   - The United States District Court for the Northern and Southern Districts of Illinois
   - The United States District Court for the Northern and Southern Districts of Indiana
   - The United States District Court for the District of Colorado
   - The United States District Court for the Eastern and Western Districts of Wisconsin

- The United States District Court for the Northern, Southern, Eastern, and Western Districts of Texas
- The United States District Court for the Northern District of Ohio
- State Courts of Illinois

5. I have substantial experience in representing consumers in claims brought pursuant to the Fair Debt Collection Practices Act ("FDCPA"), Fair Credit Reporting Act ("FCRA"), Telephone Consumer Protection Act ("TCPA"), and the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA").

6. I have represented over 300 consumers in cases filed in Colorado and other jurisdictions.

7. The rate that I billed per hour in this case is $475.00, which is justified by my experience, the nature and complexity of the cases I handle, and the relative risk involved in consumer cases.

8. The rate that I billed per hour in this case, $475.00, is consistent with that charged by attorneys practicing consumer law, including TCPA litigation, as reported in the *United States Consumer Law Attorney Fee Survey Report 2015-2016, p. 46,* for State of Colorado, said Report being available online at https://www.nclc.org/images/pdf/litigation/tools/atty-fee-survey-2015-2016.pdf, p. 47.

10. Cases using the *US Consumer Law Attorney Fee Survey Report* when deciding attorney fee disputes in Consumer Law cases include the following: *Forkum v. Co-Operative Adjustment Bureau, Inc.*, 2014 U.S. Dist. LEXIS 106912 (N.D. Cal. 2014) (finding results in the 2010-2011 United States Consumer Law Attorney Fee Survey Report, Laffey Matrix, and attorney declarations to be sufficient in supporting Plaintiff's motion for attorney's fees); and *Castro v. Commercial Recovery Sys.*, 2014 U.S. Dist. LEXIS 33675

(N.D. Cal. 2014) (finding results in the United States Consumer Law Attorney Fee Survey Report for 2010-2011 and the Laffey Matrix were sufficient in supporting the attorney's hourly rate).

11. My hourly rate is further supported by the fact that I have prevailed in obtaining settlement or judgment on behalf of my clients in over 95% of the cases that I have filed. Moreover, I have been recognized as a "Rising Star" in the State of Illinois by Thomson Reuters, a distinction given to under 2.5% of attorneys in the State of Illinois.

12. The amount of hours I expended in this case is no less than 6.8 hours, and I billed at the rate of $475.00. The amount of hours my paralegal, Laura Dixon expended in this case is 1.45 hours at the rate of $195.00 per hour.

13. The total lodestar fee amount for my time and my paralegal's time based on this petition is $3,512.75 (6.8 hours x $475.00 + 1.75 hours x $195.00).

14. I completely performed the services reflected above. The services performed were both reasonable and necessary to properly represent my client.

15. I am seeking attorney's fees in the amount of $3,512.75. *See* attached Exhibit 1 is a true and correct copy of my time and billing records.

16. I have reviewed the time sheets for paralegal Laura Dixon in this case, and find the hours expended in this case to be reasonable.

18. These requested attorney's fees were reasonable and necessary to protect Mr. Georgopulos' interests.

Pursuant to 28 U.S.C. § 1746(2), I, Marwan R. Daher, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: October 2, 2019                                        Respectfully Submitted,

                                                                  s/ *Marwan R. Daher*
                                                                  Marwan R. Daher, Esq.
                                                                  Sulaiman Law Group, Ltd.
                                                                  2500 S. Highland Ave., Suite 200
                                                                  Lombard, IL 60148
                                                                  Telephone: (630) 575-8181
                                                                  Facsimile: (630) 575-8188
                                                                  E-mail: mdaher@sulaimanlaw.com
                                                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Plaintiff, certifies that on October 2, 2019, he caused a copy of the foregoing DECLARATION OF MARWAN R. DAHER and EXHIBIT 1, to be served by U.S. mail, postage prepaid, on:

PPM Capital, Inc.
Eugene J. Paladino
31 Shepard Avenue
Kenmore, New York 14217

                                                                           s/ Marwan R. Daher
                                                                          Marwan R. Daher, Esq.