# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO
**Judge Daniel D. Domenico**

Case No. 19-cv-00347-DDD-STV

PAUL M. GEORGOPULOUS,

    Plaintiff,

v.

PPM CAPITAL, INC.,

    Defendant.

---

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

---

This matter is before the Court on the Recommendation of United States Magistrate Scott T. Varholak filed on October 21, 2019. (Doc. 44.) The Recommendation states that objections to the Recommendation must be filed within 14 days after its service on the parties. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served via mail on October 21, 2019. No party has objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). In this matter, the Court has reviewed the Recommendation to satisfy itself that there is "no clear error on the face of the record." Fed. R. Civ. P. 72(b), Advisory Committee

Notes. Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law.

Plaintiff Paul M. Georgopulous has moved for default judgment on his claims against PPM Capital, Inc. under the Fair Debt Collection Practices Act, the Telephone Consumer Protection Act, and the Colorado Fair Debt Collection Practices Act. (Doc. 36.) Judge Varholak concludes in his recommendation that this Court has subject matter jurisdiction and personal jurisdiction over Mr. Georgopulous's claims. On the merits, he recommends that the motion be denied in part and granted part, and that Mr. Georgopulous be awarded attorney fees and costs in the amounts described below.

The Court agrees with Judge Varholak's thorough and careful analysis in all respects, and adopts in its entirety his recommendation. Accordingly, it is

**ORDERED** as follows:

1. The Recommendation of United States Magistrate Judge (Doc. 44) is ACCEPTED.

2. Plaintiff's Motion for Default Judgment Against PPM Capital, Inc. (Doc. 36) is GRANTED IN PART and DENIED IN PART as follows:

    a. Plaintiff's Motion is GRANTED to the extent it seeks default judgment on the claims for violations of §§ 1692b(2) and 1692b(3), 1692c(a)(1) and 1692c(b), 1692d, 1692d(2), and 1692d(5), 1692e, 1692e(4), 1692e(5), 1692e(7), and 1692e(10) of the FDCPA, and default judgment shall enter in favor of Plaintiff and against Defendant on those FDCPA claims.

    b. Plaintiff's Motion is DENIED to the extent it seeks default judgment on the claims under § 1692f and 1692g of the FDCPA.

    c. Plaintiff's Motion is GRANTED to the extent it seeks default judgment on Plaintiff's CFDCPA claim, and default judgment shall

enter in favor of Plaintiff and against Defendant on the CFDCPA claim.

d.  Plaintiff's Motion is GRANTED to the extent it seeks default judgment on the claim under § 227(b)(1)(A)(iii) of the TCPA, and default judgment shall enter in favor of Plaintiff and against Defendant on that claim.

e.  Plaintiff's Motion is GRANTED to the extent it seeks statutory damages under the FDCPA; GRANTED IN PART and DENIED IN PART to the extent it seeks treble damages under the TCPA; and GRANTED IN PART and DENIED IN PART to the extent it seeks attorneys' fees, as set forth below:

  i. the Clerk of Court shall enter judgment in Plaintiff's favor and against Defendant, in the amount of $25,715.75, consisting of: (1) $1,000 in statutory damages under the FDCPA; (2) $22,500 in statutory damages under the TCPA; and (3) $2,215.75 in attorneys' fees and costs; plus (4) post-judgment interest at the statutory rate of 1.58%[1] on the foregoing amounts, calculated daily from the date of judgment and compounded annually.

DATED: November 15, 2019.

BY THE COURT:

_____
Daniel D. Domenico
United States District Judge

---

[1] *See* Selected Interest Rates Instruments, Yields in percent per annum: Weekly, FRED Economic Data, https://fred.stlouisfed.org/release/tables?eid=290&rid=18 (last visited November 15, 2019).