IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00347-DDD-STV

PAUL M. GEORGOPULOUS

    Plaintiff,

*v.*

PPM CAPITAL, INC.,

    Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Order by Judge Daniel D. Domenico (**Doc. #45**) filed on November 15, 2019, ADOPTING the Report and Recommendation of the Magistrate Judge (**Doc. #44**) to GRANT in part and DENY in part the Motion for Default Judgment (**Doc. #36**), it is

ORDERED that judgment is entered in Plaintiff's favor and against Defendant in the amount of $25,715.75, consisting of: (1) $1,000 in statutory damages under the FDCPA; (2) $22,500 in statutory damages under the TCPA; and (3) $2,215.75 in attorneys' fees and costs; plus (4) post-judgment interest at the statutory rate of 1.58% on the foregoing amounts, calculated daily from the date of judgment and compounded annually.

The case will be closed.

DATED this 15th day of November, 2019

ENTERED FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Patricia Glover
    Deputy Clerk